a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ERNESTO JAVIER ROCHA CUADRA #A028566779, Plaintiff | CIVIL DOCKET NO. 1:22-CV-06241 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| SHAD RICE, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

REPORT AND RECOMMENDATION

Before the Court is a Motion to Dismiss (ECF No. 19) the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Ernesto Javier Rocha Cuadra ("Cuadra"). At the time of filing, Cuadra was an immigration detainee at the Central Louisiana ICE Processing Center in Jena, Louisiana. However, he has since passed away. ECF No. 20.

Because Cuadra is deceased, the Government's Motion to Dismiss (ECF No. 19) should be GRANTED.

I. Background

Cuadra was a native and citizen of Nicaragua. At the time of his death, he was in pre-removal-order detention pending the outcome of a merits hearing before an immigration judge. Cuadra passed away on June 24, 2023. ECF No. 19-1 at 2; No. 19-2 at 1.

## II. Law and Analysis

"Article III of the Constitution limits federal 'Judicial Power,' that is, federal-court jurisdiction, to 'Cases' and 'Controversies.'" *United States Parole Comm'n v. Geraghty*, 445 U.S. 388, 395 (1980). A habeas petition presents a live case or controversy only when a petitioner is in custody. *See* 28 U.S.C. § 2241(c). Therefore, a case becomes moot "when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Geraghty*, 445 U.S. at 396 (quoting *Powell v. McCormack*, 395 U.S. 486, 496 (1969)).

Because Cuadra is deceased and no longer in custody, the § 2241 Petition is moot. *See Dien Thanh Ngo v. Johnson*, 3:19-CV-976, 2019 WL 3468909 (N.D. Tex. July 17, 2019) (collecting cases), *report and recommendation adopted*, 2019 WL 3459817 (N.D. Tex. July 31, 2019). If a controversy is moot, the court lacks subject matter jurisdiction. *See Carr v. Saucier*, 582 F.2d 14, 16 (5th Cir. 1978) (citing *North Carolina v. Rice*, 404 U.S. 244, 246 (1971); *Locke v. Board of Public Instruction*, 499 F.2d 359, 363-364 (5th Cir. 1974)).

## III. Conclusion

Because Cuadra is deceased, IT IS RECOMMENDED that the Motion to Dismiss (ECF No. 19) be GRANTED and the Petition (ECF No. 5) be DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

SIGNED on Wednesday, August 9, 2023.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE