UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ERNESTO JAVIER ROCHA CUADRA | DOCKET NO. 1:22-CV-6241 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| SHAD RICE, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 23), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss (Doc. 19) is **GRANTED** and the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 5) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

THUS DONE in Chambers this 14th day of December, 2023.

Robert R. Summerhays
United States District Judge